IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
No. 25-2752

| | | |
|---|---|---|
| L.A., *et al.*, | ) | |
| | ) | Appeal from the United States District |
| Plaintiffs-Appellants, | ) | Court for the Southern District of Indiana |
| | ) | |
| v. | ) | Cause No. 1:25-cv-00596-MPB-TAB |
| | ) | |
| MIKE BRAUN, *et al.*, | ) | The Hon. Matthew P. Brookman, |
| | ) | Judge |
| Defendants-Appellees. | ) | |

**STIPULATED DISMISSAL OF APPEAL**

The parties, by their counsel, state that the underlying action in this appeal has been dismissed by the plaintiffs-appellants in the district court pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. That dismissal renders this appeal moot and the parties stipulate to the dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1), with each party to pay their own costs and attorneys' fees.

WHEREFORE, the parties file this Stipulated Dismissal.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiff-Appellant

/s/ *James A. Barta* (w/ permission)
James A. Barta
Solicitor General
Office of the Attorney General
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204
317/232-0709
James.Barta@atg.in.gov

Attorney for Defendants-Appellees